**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Adalberto Rivas-Pimentel,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>Respondents. | No. CV-25-04720-PHX-KML (CDB)<br><br>**ORDER** |

In responding to the order to show cause, respondents concede petitioner is a member of the class certified in *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ----, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025). (Doc. 9 at 1.) Respondents then argue petitioner "appears to be subject to the *Bautista* final judgment and to any applicable appellate proceedings relating to it." (Doc. 9 at 1-2.) The court construes respondents' filing as a concession that petitioner is entitled to a bond hearing.

**IT IS ORDERED**:

1. The Motion for Extension of Time (Doc. 10) is **granted**.
2. Petitioner's petition for writ of habeas corpus (Doc. 1) is **granted**.
3. Within ten days of this order respondents must either release petitioner or provide a bond hearing without regard to *Matter of Yajure Hurtado*.

/
/
/

4. Respondents must provide a notice of compliance within five days.

5. The clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 2nd day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge